**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DUC VAN LE, Petitioner** | § | |
| | § | |
| **v.** | § | **DOCKET NO.:** __4:23-cv-00004 Le__ |
| | § | |
| **DEPARTMENT OF** | § | |
| **HOMELAND SECURITY;** | § | |
| **ALEJANDRO MAYORKAS** | § | |
| *In his official capacity;* | § | |
| **IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT;** | § | |
| **TAE D. JOHNSON** | § | |
| *In his official capacity;* | § | |
| **THE GEO GROUP, INC., Respondents** | § | |

## ORIGINAL PETITION FOR INJUNCTIVE RELIEF

Petitioner, **Duc Van Le,** by and through his attorney, files this Original Petition for Injunctive Relief against The Department of Homeland Security (DHS), Secretary of Homeland Security Alejandro Mayorkas, Immigration and Customs Enforcement (ICE) and its Director Tae D. Johnson, and The Geo Group, Inc. (Geo Group) for violation of 8 U.S.C. §1362 and Petitioner's Fifth and Amendment Constitutional right to Due Process.

## JURISDICTION

Jurisdiction is proper under 28 U.S. Code § 1331, as this case arises out of a violation of federal statute.

## FACTS

George C. Lobb, Attorney for Duc Van Le in Immigration Cause Number A027-736-400, was denied access to visit Petitioner in the Geo Group Montgomery County ICE Processing

Center on December 28th, 2022. Duc Van Le is confined in immigration custody at this Geo Group facility located in Montgomery County, Texas.

Mr. Lobb has represented Duc Van Le since November 10, 2022. Mr. Lobb provided form G-28 (attorney of record for ICE matters) to Geo Group and to ICE, and form E-28 (attorney of record for EOIR "immigration court" matters) to the Department of Justice. Mr. Lobb is currently attorney of record for Duc Van Le in immigration court. Despite Mr. Lobb's history representing Petitioner, ICE contractor, the Geo Group, refused to allow attorney access, citing that Mr. Lobb was not "in the system" despite his name being attached as attorney of record in filings in Mr. Van Le's case currently pending in immigration court. Geo Group employees stated they do not, "maintain those [G28] records". Geo Group refused to verify Mr. Lobb's status as attorney of record with EOIR. The immigration court is a 60-second walk and a 15-second elevator ride away from the Geo Group control room on the ground floor of the Montgomery County Processing Center.

## APPLICABLE LAW

8 U.S.C. 1362 affords individuals facing removal proceedings the right to counsel. It states:

> In any removal proceedings before an immigration judge and in any appeal
> proceedings before the Attorney General from any such removal proceedings, the
> person concerned shall have the privilege of being represented (at no expense to
> the Government) by such counsel, authorized to practice in such proceedings, as
> he shall choose.

The right to counsel in immigration proceedings is rooted in the Due Process Clause and codified at 8 U.S.C. § 1362 and 8 U.S.C. § 1229a(b)(4)(A). *See Baltazar-Alcazar v. INS,* 386 F.3d 940, 944 (9th Cir.2004); *Tawadrus v. Ashcroft,* 364 F.3d 1099, 1103 (9th Cir.2004). Courts have specified that in order for the right to counsel to be meaningful, Immigration Officers must

provide aliens with reasonable time to locate counsel and permit counsel to prepare for the hearing. *Rios-Berrios v. INS*, 776 F.2d 859, 862-63 (9th Cir.1985).

By denying Mr. Lobb access to Petitioner, ICE and the Geo Group have violated Duc Van Le's right to counsel and to adequately prepare for the hearing.

## RELIEF

Petitioner requests that this court issue an injunction ordering Respondents to permit attorney access to Duc Van Le. Petitioner respectfully requests this matter be set for a hearing as soon as possible, as Petitioner has an immigration case that will be set for a trial on the merits in the immediate future. Petitioner cannot prepare for this matter without access to his attorney.

Respectfully submitted,

**LOBB & PELLEGRINI PC**
1108 Lavaca Street #110242
Austin, TX 78701

George C. Lobb, Esq.
Texas State Bar Number: 24042928
Telephone: (512) 215-6011
Fax: (512) 425-0877
emial: admin@lobbpellegrini.com
Attorney for Petitioner, Duc Van Le