United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DUC VAN LE | § |
| | § |
| VS | § CIVIL ACTION NO. H-23-04 |
| | § |
| ALEJANDRO MAYORKAS, | § |
| SECRETARY, DEPARTMENT OF | § |
| HOMELAND SECURITY, *et al* | § |

## ORDER OF DISMISSAL

In accordance with the Petitioner's Notice of Rule 41 Voluntary Dismissal filed on April 3, 2023 (Doc. No. 5), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this ___6th___ day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE